IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

GWENDOLYN GADSDEN,
as parent and guardian of
BRITTANY YOUNG,

    Plaintiff,

v.                                              CASE NO.:   20000464CA

WAL-MART STORES EAST, L.P.,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

    The Plaintiff, GWENDOLYN GADSDEN, as parent and guardian of BRITTANY YOUNG, by and through the undersigned attorneys, sues the Defendant, WAL-MART STORES EAST, L.P., and alleges:

1. This is an action for damages that exceed $30,000.

2. BRITTANY YOUNG is disabled.

3. Plaintiff, GWENDOLYN GADSDEN, is mother of BRITTANY YOUNG and is her legal guardian. *See* Letters of Limited Guardianship attached hereto as Exhibit "A".

4. Therefore, Plaintiff, GWENDOLYN GADSDEN, is the proper Plaintiff to bring this lawsuit.

5. Defendant, WAL-MART STORES EAST, L.P., is now, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of Delaware and duly authorized and licensed to do business in the State of Florida.

6. On or about June 8, 2019, Defendant, WAL-MART STORES EAST, L.P., owned, operated, managed and/or controlled property located at 2150 Tamiami Trail, Port Charlotte,

Florida, that was open to the general public.

7. At all times material to this cause of action, Plaintiff, BRITTANY YOUNG, was shopping on the premises and was therefore upon the premises as a business invitee.

8. At all times material to this cause of action Defendant, WAL-MART STORES EAST, L.P., as owner, operator, and/or manager of said premises, had a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of invitees on the premises.

9. On or about June 8, 2019, Plaintiff, BRITTANY YOUNG, slipped and fell on liquid on the floor near a freezer between aisles 19 and 20, causing Plaintiff to sustain severe personal injuries as hereinafter described.

10. The liquid on the floor constituted an unreasonably dangerous condition.

11. Upon information and belief the liquid came from the nearby freezer.

12. Defendant, WAL-MART STORES EAST, L.P., its agents, servants and/or employees, acted negligently by failing to exercise reasonable care by, among other things:

    a. Failing to provide a safe place for their invitees;

    b. Creating an unreasonably dangerous condition;

    c. Carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;

    d. Failing to inspect, discover and correct the aforementioned dangerous condition;

    e. Carelessly and negligently failing to take reasonable precautions to guard or protect Plaintiff against said dangerous or hazardous condition; and,

    f. Failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against same.

13. Defendant, WAL-MART STORES EAST, L.P., knew, or in the exercise of reasonable care

and Defendant was negligent in not eliminating said dangerous condition.

14. As a result, Plaintiff, BRITTANY YOUNG, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, loss of earnings, loss of ability to earn money and numerous medical expenses. The losses are permanent and continuing in nature and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, BRITTANY YOUNG, sues the Defendant, WAL-MART STORES EAST, L.P., for compensatory damages in an amount in excess of $30,000, exclusive of interest and costs, and demands a trial by jury of all issues triable as of right by a jury.

> GOLDSTEIN, BUCKLEY,
> CECHMAN, RICE & PURTZ, P.A.
> 1515 Broadway
> PO Box 2366
> Ft. Myers, FL 33902-2366
> 239-334-1146
>
> By: /S/ CHRISTOPHER J. SMITH
>     CHRISTOPHER J. SMITH
>     Florida Bar No. 0046260

Copies to:
CJS@gbclaw.com
CJSservice@gbclaw.com